IN THE UNITED STATED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **TWIN CITY FIRE INSURANCE COMPANY;** | : |
| | : CASE NO.: 5:15-CV-00111-DCB-MTP |
| Plaintiff, | : |
| v. | : |
| **JOSEPH B. MOFFETT**, | : |
| Defendant. | : |

## ORDER GRANTING
## UNOPPOSED MOTION TO EXTEND DEADLINE

This matter is before the Court on the Twin City's Unopposed Motion to extend the deadline for it to file its rebuttal brief in support of its Motion for Judgment on the Pleadings and to Dismiss Counterclaims.  The Parties having been fully heard, and the Court being in all ways sufficiently advised and informed, it is ORDERED that Twin City's motion be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Twin City's deadline to file its rebuttal brief is extended by ten days, through and including **February 16, 2016**.

SO ORDERED THIS 3rd DAY OF February, 2016.

s/David Bramlette<br>
UNITED STATES DISTRICT JUDGE<br>
SOUTHERN DISTRICT OF MISSISSIPPI

03520627.1

1